IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW BLOCK, JOSEPH CABRERA *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LIFEWAY FOODS, INC., an Illinois corporation,<br><br>Defendant. | Case No. 1:17-cv-01717<br><br>Hon. Matthew F. Kennelly |

## STIPULATED DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Andrew Block and Joseph Cabrera, together with Defendant Lifeway Foods, Inc. (collectively, the "Parties"), through their respective undersigned counsel, file this stipulated dismissal, stipulating that all claims of Plaintiffs against Defendant be dismissed in their entirety without prejudice, and such dismissal shall convert to a dismissal with prejudice, each party to bear their own costs, within twenty-one (21) days from entry of the Court's Order reflecting this stipulated dismissal. For the Court's convenience, the Parties attach hereto as Exhibit A a proposed Order dismissing this case in its entirety pursuant to the stipulated terms described herein.

Dated: October 13, 2017

| | |
|---|---|
| ANDREW BLOCK & JOSEPH CABRERA | LIFEWAY FOODS, INC. |
| By: /s/ Gary M. Klinger | By: /s/ Francis A. Citera |

1

Gary M. Klinger
Ryan F. Sullivan
Kozonis Law, Ltd.
4849 N. Milwaukee Ave., Suite 300
Chicago, Illinois 60630
Tel.: 773-545-9607
Fax: 773-496-8617
gklinger@kozonislaw.com
rsullivan@kozonislaw.com

Daniel R. Johnson
Adam Waskowski
Seth Yohalem
Waskowski Johnson Yohalem LLP
954 West Washington Blvd., Suite 720
Chicago, Illinois 60607
Tel.: 312-278-3153
Fax: 312-690-4641
djohnson@wjylegal.com
awaskowski@wjylegal.com
syohalem@wjylegal.com

*Attorneys for Plaintiffs*

Francis A. Citera
Todd E. Pentecost
Brian D. Straw
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: 312-456-8400
Fax: 312-456-8425
citeraf@gtlaw.com
pentecostt@gtlaw.com
strawb@gtlaw.com

Douglas A. Hass
Lifeway Foods, Inc.
Legal Department
6101 West Gross Point Road
Niles, Illinois 60714
Tel.: 847-957-1061
Fax: 847-453-9629
douglash@lifeway.net

*Attorneys for Defendant
Lifeway Foods, Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Gary M. Klinger
Gary M. Klinger (ARDC# 6303726)
**KOZONIS LAW, LTD.**
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 773.545.9607
Fax: 773.496.8617
gklinger@kozonislaw.com