## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Andrew Block, et al.

                    Plaintiff,

v.                                        Case No.: 1:17−cv−01717
                                                      Honorable Matthew F. Kennelly

Lifeway Foods, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 16, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation, the Court dismisses this case without prejudice. The dismissal will convert to a dismissal with prejudice twenty−one (21) days from the date of this order. Each party shall bear its own costs and attorneys fees. The 11/21/2017 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.